AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

*[Filed stamp: 00 FEB 15 PM 3:25 CLERK U.S. DIST. CT. S.D. OF FLA.-FTL]*

SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6232 CIV-FERGUSON

CITIZENS CONCERNED ABOUT DISABILITY
ACCESS, INC., a Florida not-for-profit corporation;

v.

BRAZILIAN TROPICANA RESTAURANT, INC.
and SHIRLEY J. FARRIS,

TO:   Jose R. Pestana, 410 N. Federal Highway, Pompano Beach, FL 33062
      As Registered Agent for Service of Process for the defendant,
      Brazilian Tropicana Restaurant, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

   Lance J. Wogalter
   Lance J. Wogalter, P.A.
   3712 W. Hillsboro Blvd.
   Deerfield beach, fl 33442

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                    February 16, 2000
_____                            _____
CLERK                                              DATE

_____
(BY) DEPUTY CLERK