**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CITIZENS CONCERNED ABOUT )
DISABILITY ACCESS, INC., a Florida )
not-for-profit corporation, )
)
        Plaintiff, ) Case No. 00-6232-CIV-FERGUSON/SNOW
)
v. )
)
BRAZILIAN TROPICANA )
RESTAURANT, INC; and SHIRLEY J. )
FARRIS, )
)
        Defendants. )
)
)

## JOINT STIPULATION OF DISMISSAL

As reflected by the signatures below, the parties jointly stipulate to dismissal of this action.

_/s/ Lance J. Wogalter_

Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
Florida Bar No. 932183
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel.   954-592-2184
Fax   954-725-1303
Counsel for Plaintiff

and

[signature]
Robert Pestana
911 N.E. 8th Street
Pompano Beach, FL 33060
For the Defendants

## Certificate of Service

I certify that I have this 2 3 day of ___April___, 2000, served a copy of the foregoing by U.S. Mail upon Robert Pestana, 911 N.E. 8th Street, Pompano Beach, FL 33060.

[signature]