



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida Not-for-profit corporation,

    Plaintiff,

vs.

Case No. 00-6232-CIV-FERGUSON

BRAZILIAN TROPICANA RESTAURANT, INC., and SHIRLEY J. FARRIS,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal. Having duly considered the Stipulation and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED**, with each party bearing its own fees and costs. The Court will retain jurisdiction over this matter for a period of 60 days from the date of this order to enforce the settlement agreement, should such enforcement prove necessary. Any pending motions are rendered moot by this Final Order of Dismissal. **The case is closed**.



**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 11th day of May, 2000.

  
WILKIE D. FERGUSON, JR.  
UNITED STATES DISTRICT JUDGE

copies provided:  
Lance J. Wogalter, Esq.  
Robert Pestana